Eugene N. BARNES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 101218

Missouri Court of Appeals,
Eastern District,
*Division Two.*

Filed: February 3, 2015

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Andrew C. Hooper, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

PER CURIAM.

Eugene N. Barnes appeals from the motion court's judgment dismissing his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035,[1] following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the judgment of the motion court is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

1. All rule references are to Mo. R.Crim.P.

affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

2013, unless otherwise indicated.